UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALIA B. GOMEZ,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 1:26-cv-09765-JLT-FJS<br><br>ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK TO ISSUE SUMMONS AND SCHEDULING ORDER<br><br>(ECF No. 3) |

Pending before the court is Plaintiff Dalia B. Gomez's ("Plaintiff") application to proceed *in forma pauperis* under 28 U.S.C. § 1915. The court has reviewed Plaintiff's application to proceed *in forma pauperis* and determined that Plaintiff has made the showing required by section 1915(a). Accordingly, the request to proceed *in forma pauperis* (ECF No. 3) is GRANTED. 28 U.S.C. § 1915(a).

The clerk of court is directed to issue the following: (1) a summons; (2) the scheduling order; (3) the order re consent or request for reassignment; and (4) a consent to assignment or request for reassignment form.

IT IS SO ORDERED.

Dated: **November 25, 2026**

UNITED STATES MAGISTRATE JUDGE